# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2325

_____

MARLON MOORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

November 22, 2023

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marlon Moore, pro se, Appellant.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant
Attorney General, Tallahassee, for Appellee.